**97–791.   ALLTEL Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–845–TP–COI.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

Pfeifer, J., dissents.

Resnick, J., not participating.